IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STATE FARM LIFE AND
ACCIDENT ASSURANCE CO.,

    Plaintiff,

v.

STEVEN D. BRUSKE, KEYE LARGE,
and AMANDA GROVES,

    Defendants.

ORDER

18-cv-685-wmc

---

The court held a telephonic status conference this morning, at which Bruske appeared via counsel and Groves appeared pro se, as the minor children's appointed guardian. The purpose of this order is to formalize the court's rulings:

1. It has come to the court's attention that the record does not contain the complete insurance policy file. Accordingly, State Farm is DIRECTED to file promptly the entire file under seal and after appropriate redactions publicly in accordance with the Western District's electronic filing procedures.

2. The court also determined that the minor children require a guardian ad litem to protect their interests. While the court was unable to recruit pro bono counsel, it has the authority to appoint counsel under state and federal law. *See* Wis. Stats. § 767.407 (providing for the appointment of a guardian ad litem for minor children); Fed. R. Civ. P. 17(c)(2) ("The court must appoint a guardian ad litem . . . to protect a minor or incompetent person who is unrepresented in an action."). Accordingly, the court will promptly appoint an appropriate guardian ad litem to be paid out of the policy proceeds already deposited with the court.

Entered this 23rd day of January, 2019.

            BY THE COURT:

            /s/

            _____
            WILLIAM M. CONLEY
            District Judge