UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY, <br><br> Interpleader Plaintiff, <br><br> v. <br><br> STEVEN D. BRUSKE, et al. <br><br> Interpleader Defendants. | Case No. 3:18-cv-00685-WMC-SLC |

**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

On the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement filed by Defendants Steven D. Bruske ("Bruske"), Amanda Groves ("Groves"), and Keye Large ("Large"), and Guardian *Ad Litem* Janice Wexler ("Wexler"), on behalf of the minor children A.B. and G.B., the Court finds, adjudges, and orders as follows:

This suit involves a dispute regarding the proceeds of a life insurance policy payable by State Farm Life and Accident Assurance Company ("State Farm"), insuring the life of Patricia Joyce. On November 30, 2018, an Order (ECF No. 14) granting State Farm's motion to deposit funds and for dismissal was granted, allowing State Farm to deposit the disputed funds into the registry of the Court. On or about December 12, 2018, State Farm deposited the sum of $253,899.95 (the "Funds") into the registry of the Court, and was terminated as a party. Since State Farm's deposit, Wexler has been paid $6,952.39 out of the Funds, and has a pending invoice in the amount of $620.00 that the Court has previously ordered to be paid.

The parties have resolved their dispute and submitted a Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement, evidencing the financial terms of the settlement. Therefore, pursuant to the agreement of the parties, and the record in this matter:

IT IS ORDERED that from the Funds, A.B. and G.B., through their Guardian *Ad Litem*, Janice Wexler, are entitled to and the Clerk shall disburse to them One Hundred Twelve Thousand Four Hundred Twenty-Seven Dollars and Sixty-One Cents ($112,427.61), payable to: "J. Wexler Law, S.C. Trust Account" and mailed to: Janice Wexler, J. Wexler Law, S.C., 6702 Stonefield Rd., Middleton, WI 53562.

IT IS FURTHER ORDERED that from the Funds, Steven Bruske is entitled to and the Clerk shall disburse to him One Hundred Thirty-Three Thousand Eight Hundred Ninety-Nine Dollars and Ninety-Five Cents ($133,899.95), payable to: "Interpleader Law, LLC IOLTA" and mailed to: Michael J. Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

IT IS FURTHER ORDERED that One Hundred Percent (100%) of any accrued interest on the entirety of the Funds deposited, less any assessed fee for the administration of the Funds, shall be disbursed to Steven Bruske, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Michael J. Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

IT IS FURTHER ORDERED that this matter is hereby dismissed with prejudice.

SIGNED this 29th day of July, 2019.

WILLIAM M. CONLEY
UNITED STATES DISTRICT JUDGE

Entered this 30th day of July, 2019

Peter Oppeneer
Clerk of Court