IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE FARM LIFE AND
ACCIDENT ASSURANCE COMPANY,

                 Plaintiff,

v.

                                                                                 18-cv-685-wmc

STEVEN D. BRUSKE, et al.,

                 Defendants.

**AMENDED JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

On the joint motion for entry of final judgment and order of interpleader disbursement filed by defendants Steven D. Bruske, Amanda Groves, and Keye Large, and guardian ad litem Janice Wexler, on behalf of the minor children A.B. and G.B. (dkt. #41), and considering the final invoice by Attorney Wexler (dkt. #43), the court finds, adjudges and orders as follows:

This suit involves a dispute regarding the proceeds of a life insurance policy payable by State Farm Life and Accident Assurance Company, insuring the life of Patricia Joyce. On November 30, 2018, an Order (dkt. #14) granting State Farm's motion to deposit funds and for dismissal was granted, allowing State Farm to deposit the disputed funds into the registry of the Court. On or about December 12, 2018, State Farm deposited the sum of $253,899.95 (the "Funds") into the registry of the Court, and was terminated as a party. Since State Farm's deposit, Janice Wexler has been paid $7,552.39 out of the Funds, and she has an additional, final invoice in the amount of $465.

The parties have resolved their dispute and submitted a joint motion for entry of final judgment and order of interpleader disbursement, evidencing the financial terms of the settlement. Since then, Attorney Wexler submitted her last invoice. Pursuant to the agreement

of the parties, the last invoice, and the record in this matter:

IT IS ORDERED that from the Funds, A.B. and G.B., through their guardian ad litem, Janice Wexler, are entitled to and the clerk shall disburse to them One Hundred Eleven Thousand Nine Hundred Sixty-Two Dollars and Sixty-One Cents ($111,962.61) payable to: "J. Wexler Law, S.C. Trust Account" and mailed to: Janice Wexler, J. Wexler Law, S.C., 6702 Stonefield Rd., Middleton, WI 53562.

IT IS FURTHER ORDERED that Attorney Wexler's July invoice is APPROVED and the clerk is AUTHORIZED to remit payment of Four Hundred Sixty-Five Dollars and Zero Cents ($465.00).

IT IS FURTHER ORDERED that from the Funds, Steven Bruske is entitled to and the clerk shall disburse to him One Hundred Thirty-Three Thousand Eight Hundred Ninety-Nine Dollars and Ninety-Five Cents ($133,899.95), payable to "Interpleader Law, LLC IOLTA" and mailed to: Michael J. Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

IT IS FURTHER ORDERED that One Hundred Percent (100%) of any accrued interest on the entirety of the Funds deposited, less any assessed fee for the administration of the Funds, shall be disbursed to Steven Bruske, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Michael J. Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

IT IS FURTHER ORDERED that this matter is hereby dismissed with prejudice.

Approved as to form this 13th day of August, 2019

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

2